DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**NEW JERUSALEM MISSIONARY BAPTIST CHURCH, INC. OF POMPANO BEACH,**
Appellant,

v.

**ANTOINE JEAN FRANCOIS, COURTNEY MARKOFSKY, STEVEN H. SELZNICK, JAMES EDWARD SMITH II,** and **ABSOLUTE TITLE SERVICES, LLC,**
Appellees.

No. 4D2024-3265

[October 30, 2025]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jeffrey Levenson, Judge; L.T. Case No. CACE23-011841.

Matthew Z. Karim of Law Offices of Matthew Karim PLLC, Fort Lauderdale, for appellant.

Matthew J. McGuane of Levine Kellogg Lehman Schneider + Grossman LLP, Miami, for appellee Antoine Jean Francois.

Cary A. Lubetsky and Joshua J. Shore of KHL Law, Miami, for appellees Courtney Markofsky and Steven H. Selznick.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***